NANCY STEVENS, as Administratrix of the Estate of GEORGE STEVENS, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 27979.)

Submitted October 3, 1951; decided October 5, 1951.

*Nathaniel L. Goldstein, Attorney-General (Ruth Kessler Toch* of counsel), for motion.

*Melvel W. Snitow* opposed.

Motion granted and appeals dismissed, with costs and $10 costs of motion.